**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| KEENAN G. WILKINS, AKA Nerrah Brown,<br><br>　　　　Plaintiff-Appellant,<br><br> v.<br><br>BARBER, Dr.; et al.,<br><br>　　　　Defendants-Appellees,<br><br> and<br><br>CHRISTINE ESCOBAR; SPECIAL APPEARANCE,<br><br>　　　　Defendants. | No. 21-15361<br><br>D.C. No. 2:19-cv-01338-WBS-KJN<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
William B. Shubb, District Judge, Presiding

Submitted June 21, 2021[**]

Before:　　SILVERMAN, WATFORD, and BENNETT, Circuit Judges.

---

　　[*]　　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

　　[**]　　The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

California state prisoner Keenan G. Wilkins appeals pro se from the district court's order denying his motion for a preliminary injunction in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1292(a)(1). We review for an abuse of discretion. *Jackson v. City & County of San Francisco*, 746 F.3d 953, 958 (9th Cir. 2014). We affirm.

The district court did not abuse its discretion by denying Wilkins's motion for a preliminary injunction because Wilkins failed to demonstrate that such relief is warranted. *See id*. (plaintiff seeking preliminary injunction must establish that he is likely to succeed on the merits, he is likely to suffer irreparable harm in the absence of preliminary relief, the balance of equities tips in his favor, and an injunction is in the public interest).

Wilkins's motions for judicial notice (Docket Entry Nos. 7 and 15) are denied.

**AFFIRMED.**